THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY L. FRAIN, Appellant. [683 NYS2d 463] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Attempted Robbery, 2nd Degree.) Present—Green, J. P., Pine, Wisner, Callahan and Boehm, JJ.